**RENAP** *
Civil Registry

49871853  **

# Civil Registry
## Republic of Guatemala
### Civil Registry
### Marriage Certificate

The undersigned Civil Registrar for the Civil Registry in the Municipality of Guatemala, Province of Guatemala,

**CERTIFIES**

that on the nineteenth of June in the year two thousand and fifteen, marriage No. 3033 between the following parties
was entered in the Civil Registrar in OLD GUATEMALA, Province of SACATEPEQUEZ:

## Groom's Information

- Brayan Alexander , Gramajo Jolomna -
Groom's Complete First and Last Names

Guatemala, Guatemala, Guatemala
Country, Province, Municipality of birth

- MARKETING ASSISTANT -
Occupation

## Bride's Information

- Emilia Alejandra , Lucero Perusina -
Bride's Complete First and Last Names

Guatemala, Guatemala, Guatemala
Country, Province, Municipality of birth

- STUDENT -
Occupation

## Mariage Information

Guatemala, Sacatepequez, Antigua Guatemala, Jardín las Mercedes, 5a. Calle Poniente Final No.29
Marriage Location

| Twenty-Ninth of May in the year Two Thousand and Eleven | NONE |
|---|---|
| Wedding Date | Contracts |

| Prenuptial Agreement | - Julio César Coyote Grave - |
|---|---|
| Economic Regimen | Authority |

## Observations
NO COMMENTS

 ***

*224000139957*
ID: 224000139957
1 of 2

KPEREZ001
06/30/2015 12:23:19p.m.
DPI_30_001

Renap values and safeguards your identity                                                                 www.renap.gob.gt

Translator's notes: *RENAP Logo reads "RENAP, REGISTRO NACIONAL DE LAS PERSONAS" (Civil Registry); **There is a golden embossed "R" for authentication; ***The RENAP stamp reads "RENAP, Central Hospital APROFAM, BCivil Registry Branch Office



Sent as an authentic copy of the original document on this 30th day of June in the year two thousand and fifteen by the Civil Registrar

Certified by

Licenciado Rafael Alfaro , Andrade Barillas
Civil Registrar

3S6HNCGXTW

*224000139957*
ID: 224000139957
2 of 2

KPEREZ001
06/30/2015 12:23:19p.m.
DPI_30_001

Translator's notes: *Seal reads: "RENAP Central Hospital APROFAM, Civil Registrar Branch Office"

**To whom it may concern**

I am writing you in the kindest regards to recommend Mr.: **Brayan Alexander Gramajo Jolomná**, whose personal identification number is **DPI: 2205 95321 0101**, who I have known for approximately six years, in which he has stood out for his excellent values such as his honesty, perseverance, tolerance, and commitment, being a person capable of achieving his objectives and all of the goals that he sets for himself.

I have no problem in granting this personal letter of recommendation for him for whatever purposes the interested party may see fit, on the Fifteenth day of October in the year 2018.

Sincerely:

(Signature Illegible)

Mayra Gisela Monterroso Véliz

Secretary of Sales

Import Company Importadora El Futuro

8 Av. 5-35 Zone 8 City San Cristobál House 1 Section C-1 Condo. Las Kalas
Phone Number: (502) 5474-0610

**To whom it may concern**

I am writing you in the kindest regards to recommend Mr.: **Brayan Alexander Gramajo Jolomná**, whose personal identification number is **DPI: 2205 95321 0101**, who I have known for approximately six years, in which he has stood out for his excellent values such as his honesty, perseverance, tolerance, and commitment, being a person capable of achieving his objectives and all of the goals that he sets for himself.

I have no problem in granting this personal letter of recommendation for him for whatever purposes the interested party may see fit, on the Fifteenth day of October in the year 2018.

Sincerely:

(Signature Illegible)

Mayra Gisela Monterroso Véliz

Secretary of Sales

Import Company Importadora El Futuro

---

8 Av. 5-35 Zone 8 City San Cristobál House 1 Section C-1 Condo. Las Kalas
Phone Number: (502) 5474-0610



### THE PRIVATE INSTITUTE OF
## "GUATEMALA DE LA ASUNCION"

Awards to

Brayan Alexander Gramajo Jolomná

this

# Diploma

of

# Bachelor   of Science   and Letters

*For having satisfied the corresponding curriculum. Awarded in Villa Nueva, the thirty-first day of October in the year two thousand and three.*

***

AURA MARINA SAMAYOA CASTILLO
Directora

Translator's notes: *Institute Seal reads "Private Institute Guatemala de La Asunción, Villa Nueva, Guatemala; **Logo for "La Ceiba de Oro" (Golden Ceiba) reads: "LA CEIBA DE ORO, [Text illegible], The Preferred Brand."; ***SIGNED: Aura Marina Samayoa Castillo, Headmistress, Sealed with Institute's Seal, "Private Institute of Guatemala de la Asunción", located in Villa Nueva, Guatemala

 

## EL INSTITUTO PRIVADO
## "GUATEMALA DE LA ASUNCION"

*Confiere a*

Brayan Alexander Gramajo Jolomná

*el*

# Diploma

*de*

# Bachiller en Ciencias y Letras

*Por haber completado satisfactoriamente el Pénsum de Estudios correspondiente.*
*Dado en Villa Nueva, a los treinta y un días del mes de Octubre del año dos mil tres.*

AURA MARINA SAMAYOA CASTILLO
Directora



# Certificate of Completion

This Certifies that

**Bryan Gramajo**

has successfully completed the course

**Beginning Excel XP/2003**

This is a/an 08 hour course

February 24, 2005
Date

Luis E. García Z.

Javier Marroquín, Training Manager

New Horizons®
Computer Learning Centers
CHOOSE. LEARN. SUCCEED.
Guatemala, Guatemala

**To whom it may concern**

I am writing you in the kindest regards to recommend Mr.: **Brayan Alexander Gramajo Jolomná,** whose personal identification number is **DPI: 2205 95321 0101,** who I have known for approximately six years, in which he has stood out for his excellent values such as his honesty, perseverance, tolerance, and commitment, being a person capable of achieving his objectives and all of the goals that he sets for himself.

I have no problem in granting this personal letter of recommendation for him for whatever purposes the interested party may see fit, on the Fifteenth day of October in the year 2018.

Sincerely:

(Signature Illegible)

Mayra Gisela Monterroso Véliz

Secretary of Sales

Import Company Importadora El Futuro

8 Av. 5-35 Zone 8 City San Cristobál House 1 Section C-1 Condo. Las Kalas

Phone Number: (502) 5474-0610

**A quien corresponda**

Me dirijo a usted de la manera más atenta para recomendar al Señor**: Brayan Alexander Gramajo Jolomná** quien se identifica con número de Identificación personal **DPI: 2205 95321 0101**, a quien conozco desde hace aproximadamente seis años, en los cuales se ha destacado por sus excelentes valores como la honestidad, perseverancia, la tolerancia y el compromiso, siendo una persona capaz de lograr los objetivos y metas que se proponga.

Por ello no tengo ningún inconveniente en otorgar esta carta de recomendación personal para los fines que el interesado convenga, a los 15 días del mes de octubre del año 2018

Atentamente:

Mayra Gisela Monterroso Véliz

Secretaria de Ventas

Importadora El Futuro

_____

8 Av. 5-35 Zona 8 Ciudad San Cristóbal Casa 1 Sec. C-1 Cond. Las Kalas
Teléfono: (502) 5474-0610





Guatemala City, August 21, 2018

**Your Honor**

**Judge of the Virginia Court**

**Honorable Sir:**

I address you very respectfully about my son's case; **BRAYAN ALEXANDER GRAMAJO JOLOMNA.** He is being sentenced and in his name I implore a special consideration at the moment you decide the sentence that you will give my son.  I realize what a difficult job you have as a judge, but I am asking for your consideration in this matter because I can attest to the fact that my son is a great human being, with respectful moral values, humble, good-hearted, but mostly, an excellent son, father, and loving husband.

Distinguished Judge, it is not my intention to interfere in your job, I just ask you to understand the great pain that this situation my son is in, causes us as parents, made worse by the fact that he is also far away from his three young daughters who are also suffering a lot.  Before this happened, Brayan never had problems with the law, and had always acted as a responsible and law abiding citizen. I do not understand the reasons that led him to this situation; but he is remorseful for his mistake, a mistake that has destroyed us as a family. I, as his mother, can assure you my son is learning the hardest lesson of his life.

I am a mother with a broken heart, and together with my husband we are struggling to support and care for our three granddaughters who are 6, 12, and 13 years old. This task is not easy in a country like ours, with high rates of violence and insecurity, where a father figure is indispensable. With all my heart, I beg you sir, Honorable Judge, to give my son a second chance in this life, so that he can be reintegrated into his family who loves him, awaits him and prays to God for him every single day.  We share common values with you as we do with all American citizens. We also trust in God and firmly believe in freedom and we hope to have our son return home soon.

Please accept this letter from a mother begging for your consideration, and a father too, who have been hurt and have little strength left to continue this difficult legal process.

**MARIA JOLOMNA AND MANUEL GRAMAJO**

8TH AVENUE 5-35 Zone 8 in Mixco

Panorama San Cristobal

Guatemala City                 01057

(Signature illegible)

(Signature illegible)

Ciudad de Guatemala, 21 de Agosto de 2018

Señor,
**Juez de la Corte de Virginia**

**Honorable Sr.**

Me dirijo a usted muy respetuosamente en relación al caso en el cual, mi hijo **BRAYAN ALEXANDER GRAMAJO JOLOMNA** está siendo juzgado, y para quién, le imploro una consideración especial al momento de tomar la decisión de la sentencia que será impuesta a mi hijo. Reconozco la tarea difícil que usted tiene como juez pero esta consideración se la pido en virtud que doy fe que mi hijo es un gran ser humano, de valores respetables, humilde y de buen corazón, pero sobretodo un excelente hijo, padre y esposo amoroso.

Distinguido juez, no es mi intención interferir en su trabajo, solo le pido que entienda cuanto dolor nos causa como padres saber que nuestro hijo está en esta situación, y que además, está lejos de sus tres pequeñas hijas que también sufren mucho.    Antes de esto, Brayan no había tenido problemas con la justicia, y siempre ha actuado como un ciudadano responsable y respetuoso. Yo no entiendo los motivos que lo llevaron a esta situación pero él está arrepentido de su error, un error que    nos ha destrozado como familia. Yo como madre le aseguro que mi hijo está aprendiendo la lección más dura de su vida.

Soy una madre con el corazón destrozado y junto con mi esposo estamos    luchando para mantener el cuidado de nuestras tres nietas de 6, 12 y 13 años. Esta tarea no es fácil en un país como el nuestro, con altos índices de violencia e inseguridad en la que la figura de un padre es indispensable. De corazón le suplicó a usted honorable señor juez una segunda oportunidad de vida para que mi hijo pueda reintegrarse a su familia que lo ama, lo espera y pide a Dios por él cada día.  Nosotros compartimos valores en común y al igual que todos los ciudadanos norteamericanos, también nosotros Confiamos en Dios y creemos firmemente en la libertad. Y esperamos poder tener pronto de regreso a nuestro hijo en casa.

Por favor, tome esta carta como una súplica de consideración de una madre y un padre lastimados y con pocas fuerzas para continuar en este proceso tan difícil.

**MARÍA JOLOMNA Y MANUEL GRAMAJO**
8tava. Avenida 5-35 zona 8 de Mixco,
Panorama San Cristóbal
Ciudad de Guatemala
01057

TO WHOM IT MAY CONCERN:

Please allow me to inform you with this letter how thoroughly and well I know **Mr. Brayan Alexander Gramajo Jolomná,** whose Personal Identification Card Number is **DPI 2205 95321 0101,** for approximately 6 years, and I can assure that he is a person with integrity, stable, completely responsible and competent. For these reasons I have no reservations in thoroughly recommending him, and thanking you in advance for the attention and help that you can provide. I hereby extend this letter to any interested party for legal purposes on August 15, 2018.

SINCERELY

(Signature Illegible)

Edin Rafael Palencia Morales

Automotive Mechanic

Importadora El Futuro

Import Company El Futuro

8 Av. 5-35 Zona 8 Ciudad San Cristóbal Casa 1 Sec. C-1 Cond. Las Kalas

Telephone: (502) 5474-0610

A QUIEN CORREPONDA:

Por este medio me permito informarle que conozco amplia y detalladamente al **Sr. Brayan Alexander Gramajo Jolomná** quien se identifica con número de **DPI 2205 95321 0101** desde hace aproximadamente 6 años y puedo asegurar que es una persona íntegra, estable, totalmente responsable y competente. Por lo anterior no tengo inconveniente ninguno en recomendarlo ampliamente agradeciendo de antemano la atención y facilidades que le puedan brindar. Se extiende la presente para los efectos legales que al interesado convenga a los 15 días del mes de agosto del año 2018.

ATENTAMENTE

Edin Rafael Palencia Morales

Mecánico Automotriz

Importadora El Futuro

8 Av. 5-35 Zona 8 Ciudad San Cristóbal Casa 1 Sec. C-1 Cond. Las Kalas
Teléfono: (502) 5474-0610

Guatemala, August 06, 2018

Re: **Employment Recommendation**

TO WHOM IT MAY CONCERN:

Allow me to inform you that mr. Brayan Alexander Gramajo_ worked under my orders from 2008 until 2013 and I am aware of the responsibility and competence he has with his work, originally acting as a Marketing Assistant in the Ronald McDonald Guatemala program.

For the above reasons I have no reservations thoroughly recommending him and thanking you in advance for the attention and help that you can provide him.

I am sending this letter to the interested party for any legal purposes.

(Signature Illegible)

Nancy Carolina Molina Cruz

Address: 15 calle B 3-46 zona 3 Guatemala City

Telephone: 42206531

E-mail: nmolina162@gmail.com

Guatemala , 06 de agosto 2018

Asunto: **Recomendación laboral**

A QUIEN CORRESPONDA:

Me permito hacer de su conocimiento que el  señor Brayan Alexander Gramajo
laboró bajo mis órdenes desde  el año 2008  hasta el 2013 y me consta su responsabilidad
y competencia en el trabajo, desempeñando principalmente el puesto de   asistente de
mercadeo area de programa de Ronald McDonald Guatemala

Por lo anterior no tengo inconveniente ninguno en recomendarlo ampliamente
agradeciendo de antemano la atención y facilidades que le puedan brindar.

Se extiende la presente para los efectos legales que al interesado convenga.

Nancy Carolina Molina Cruz

Dirección: 15 calle B 3-46 zona 3 Guatemala Ciudad
Teléfono: 42206531
Correo electrónico: nmolina162@gmail.com



# CORPORACIÓN JURÍDICA COYOTE, CUYUN,
# LOPEZ & ASSOCIADOS [1]

TO WHOM IT MAY CONCERN:

    I hereby inform you with this letter of RECOMMENDATION, that I have known Mr. BRAYAN ALEXANDER GRAMAJO JOLOMA, who is identified by the unique Personal Identification Card Number, Two Thousand Two-hundred and Five; Ninety-five Thousand Three-hundred and Twenty-one; Zero Ten One, (2205 95321 0101), to be an honorable, well-mannered, responsible, entrepreneurial person, capable of being able to realize tasks that are given to him, which is the purpose of presenting [2] this letter.

    I respectfully request that you consider what I have affirmed previously, Julio Cesar Coyote Grave, ID Number 12,065 from the Guatemala Bar Association, Shareholder Director of CORPORACIÓN JURÍDICA COYOTE, CUYUN, LOPEZ & ASOCIADOS. For these reasons, I present this letter to you on this Seventeenth day of August, in the year Two Thousand and Eighteen.

    Sincerely,

(Signature Illegible)

Lic. Julio Cesar Coyote Grave
ABOGADO Y NOTARIO

JULIO CESAR COYOTE GRAVE

Abogado y Notario

---

[1] Translator's note: Logo reads "LEGAL CORPORATION", for "Coyote, Cuyun, Lopez, and Associates, Legal Corporation"

[2] Note: SIGNED "JULIO CESAR COYOTE GRAVE, Lawyer and Notary Public," Accompanied by his stamp with the same text.



CORPORACIÓN
JURÍDICA

## CORPORACION JURIDICA COYOTE, CUYUN, LOPEZ & ASOCIADOS

A QUIEN INTERESE:

Por medio de la presente carta de RECOMENDACIÓN, informo que El señor BRAYAN ALEXANDER GRAMAJO JOLOMA, quien se identifica con documento personal identificación   código único de identificación, dos mil doscientos cinco; noventa y cinco mil trescientos veintiuno; cero ciento uno, (2205 95321 0101), la conozco como una persona honrada, de buenas costumbres, responsable, emprendedora,   capaz de poder realizar las tareas que se le encomienden motivo por lo cual se entiende la presente carta.

Respetuosamente se ruega tomar en cuenta lo antes manifestado por mi persona Julio Cesar Coyote Grave con carne número   12,065 del colegio de Abogados y Notarios de Guatemala,   Director accionista de la CORPORACION JURIDICA COYOTE, CUYUN, LOPEZ  & ASOCIADOS. Por lo que extiendo la presente a los diecisiete días del mes de agosto de dos mil dieciocho.

Deferentemente.

Lic Julio César Coyote Grave
ABOGADO Y NOTARIO

JULIO CESAR COYOTE GRAVE

Abogado y Notario



1

TO WHOM IT MAY CONCERN

I hereby certify that I have known Mr. *Brayan Alexander Gramajo Jolomna*,

Who is identified with Personal Identification Card Number *DIP 2205 95321 0101* for a period of 9 years in which I have known him to be an entrepreneurial, responsible, distinguished, and well-mannered person.

For some time we had a business relationship in a radiator repair and cleaning service for vehicles imported from the United States of America.

I extend this signed and sealed letter for the uses of the interested party on the 16th day of August in the year Two Thousand and Eighteen.

Sincerely

(Signature Illegible)

Victor Manuel Flores Ruiz

Radiadores Flores

2

---

[1] Translator's note: Company header reads: 'FLORES' RADIATORS", 10 AV. 7-84 ZONA 12 LA REFORMITA, Calzada Aguilar Batres 43-34 ZONA 11, Telephone: 23167604 56202845 42831392, radiadoresflores17@gmail.com " and shows contact information and address.

[2] Note: Signed "Victor Manuel Flores Ruiz, Radiadores flores." Stamp reads "'FLORES' RADIATORS, FABRICATION AND REPAIRS FOR ANY RADIATOR" 10a. Avenida 7-84, Zona 12, Calz. Aguilar Batres 43-34, Zona 11, Cell: 5620-2845, 5627-2797



*RADIADORES FLORES*
*10 AV. 7-84 ZONA  12 LA REFORMITA*
*Calzada Aguilar Batres 43-34 ZONA 11*
*Tel 23167604 56202845   42831392*
*radiadoresflores17@Gmail.com*

A QUIEN INTERESE

Por este medio hago contar, que conozco al Señor *Brayan Alexander Gramajo Jolomna* ,

Quien se identifica con número de identificación personal *DIP 2205 95321 0101* por un periodo de 9 años en el cual a conocer como una persona emprendedora, responsable, honrada y de buenas costumbres.

Por algún periodo tuvimos una relación de reparación y servicio de limpieza de radiadores para vehículos procedentes de Estados Unidos de América.

Para los usos que al interesado convenga firmo y sello la presente carta a los 16 días del mes de agosto del año dos mil diez y ocho.

Atentamente

Víctor Manuel flores Ruiz

Radiadores flores.

RADIADORES "FLORES"
FABRICACION Y REPARACION DE
TODO TIPO DE RADIADORES
10a. Avenida 7-84, Zona 12
Calz. Aguilar Batres 43-34, Zona 11
Cels.: 5620-2845, 5627-2797

To whom it may concern:

Allow me to inform you how completely and extremely well I know **Mr. Bryan Alexander Gramajo Joloma** and I can assure that he is a person of integrity, stable, completely responsible and competent for whatever kind of activity he is entrusted with.

Because of this I have no reservations recommending him and thanking you extensively in advance for the attention and help you can give him.

(Signature Illegible)

Marvin Alexis Alvarado Mayen

A quien corresponda:

Me permito informarle que conozco amplia y detalladamente al **Sr. Bryan Alexander Gramajo Joloma** y puedo asegurar que es una persona íntegra, estable, totalmente responsable y competente para cualquier tipo de actividad que se le encomiende.

Por lo anterior no tengo inconveniente ninguno en recomendarlo ampliamente agradeciendo de antemano la atención y facilidades que le puedan brindar.

Marvin Alexis Alvarado Mayen